MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>   v. <br><br>YOLANDA BURT, <br><br>    Defendant. | No. CR 12-0285 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE-SETTING HEARING |

    1.    It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Yolanda Burt, Brandon Leblanc, that, subject to the Court's approval, the hearing presently set for July 9, 2013, be continued and set for a hearing on **July 30, 2013**, at 2:30 p.m.

    2.    The United States has learned from the Court's publicly posted availability information that the Court is available on that date. The United States has also confirmed with the assigned Probation Officer, Jennifer James, that she is available on that date.

    3.    The defendant has agreed to the continuance based on the request of counsel for the United States, who currently faces a conflict in his schedule with respect to July 9, 2013.

    4.    Because the matter currently pending before the Court relates to an alleged violation of the terms of supervised release, the Speedy Trial Act clock is not implicated.

STIP. & [~~PROPOSED~~] ORDER
CR 12-0285 RS

5. For all of these reasons, the parties jointly request that the hearing currently scheduled for July 9, 2013 be continued to July 30, 2013.

SO STIPULATED.

DATED: July 8, 2013

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: July 8, 2013

_____/s/_____
BRANDON LEBLANC
Counsel for the defendant Yolanda Burt

**[~~PROPOSED~~] ORDER**

For the reasons set forth in the parties' stipulation, the hearing currently scheduled for July 9, 2013 is continued to July 30, 2013.

IT IS SO ORDERED.

DATED: July _8_, 2013

_____
HON. RICHARD SEEBORG
United States District Judge

STIP. & [~~PROPOSED~~] ORDER
CR 12-0285 RS                                    -2-